# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**CRAIG WATKINS,**                                    **CASE NO.: 3:26-cv-01167-JEP-PDB**

    Plaintiff,

vs.

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiff, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) hereby files this Notice of Voluntary Dismissal Without Prejudice of the above styled action.

DATED THIS 27th day of May, 2026.

**FARRELL DISABILITY LAW**

/s/ Thomas M. Farrell, IV
Thomas M. Farrell, IV
Florida Bar No.: 972347
Attorney for Plaintiff
4651 Salisbury Road, Suite 400
Jacksonville, Florida 32256
Telephone: (904) 388-8870
Fax: (904) 339-9590
E-mail: tom@tfarrellpa.com