UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CRAIG WATKINS,

    Plaintiff,

  v.                                Case No.: 3:26-cv-1167-JEP-PDB

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

_____/

### **ORDER**

**THIS CAUSE** is before this Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. 7). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate all pending motions and close this case.

**DONE** and **ORDERED** in Jacksonville, Florida on May 28, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record